UNITED STATES DISTRICT COURT
FOR THE
FOURTH CIRCUIT EASTERN DISTRICT

HOWARD HALEY, )
        Petitioner, )
) 2:17cv21
v. ) Case No:
) US Dist:
U S DEPARTMENT OF JUSTICE, )
        Respondent, )
)
\* \* \* \* \* \* \* \* \* \*

## PETITIONER'S CLAIM FOR LOST PROPERTY
## AND ALL LITIGATION COSTS

Comes now Petitioner, Howard Haley, pro-se and unrepresented and moves this Honorable Court for an Order the United States Department of Justice reimburse the value for Loss of Property and all litigation costs resulting from when Petitioner was moved from General Population to the Special Housing Unit on April 17, 2016.

Petitioner was moved from the General Population prison yard to the facility Special Housing Unit due to a wrongful allegation and wrongful discipline action taken by Custody Officer Roberts, without basis. The Incident Report relating to the alleged action was issued without any Incident Number and immediately dismissed and expunged by the Discipline Hearing Officer.

The Petitioner's Claim for Lost Property is for the amount of One Hundred Eighty Five Dollars and Fifty Cents ($185.50) plus all court costs. A copy of Petitioner's Claim for Damage, Injury, or Death (TORT Claim), Exhibit A, the Federal Bureau of Prisons, Mid-Atlantic Regional Office, Denial of Petitioner's Administrative Tort Claim Number TRT-MXR-2016-04253, Exhibit B,

-1-

Petitioner's Federal Bureau of Prisons, Mid-Atlantic Regional Office Tort Claim Reconsideration, Exhibit C and Commissary Purchase receipt(s), Exhibit D, are included.

Please contact Petitioner if any additional information and/or documentation is needed for the court's consideration.

Respectfully submitted,   Dated: December 27, 2016

*Howard F. Haley*

Howard Haley
Reg No 12029-007
Federal Correctional Complex
P O Box 1000
Petersburg, VA 23804-1000

CERTIFICATE OF SERVICE

I, Howard Haley, Petitioner pro-se and unrepresented, certify that a true and correct copy of the enclosed Petitioner's Claim for Lost Property and All Litigation Costs was served by first class United States Postal Mail, postage prepaid, to:

> Clerk of the Court
> United States District Court
> Suite 3000
> 701 East Broad Street
> Richmond, VA 23219

on December 27, 2016, when deposited in the Federal Bureau of Prisons Legal Mail.

Respectfully Submitted,   Dated: December 27, 2016

*/s/ Howard T. Haley*

Howard Haley
Reg No 12029-007
Federal Correctional Complex
P O Box 1000
Petersburg, VA 23804-1000

Exhibit A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Mid-Atlantic Regional Office<br>Consolidated Legal Center<br>302 Sentinel Drive, Suite 200<br>Annapolis Junction, MD 20701 | Howard Haley, Reg No 12029-007<br>Federal Correctional Complex<br>P O Box 1000<br>Petersburg, VA 23804 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>4/17/2016 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). H. Haley was given an Incident Report and his property packed out when Haley was taken to the SHU. Missing property including 22 sodas $8.00, Wire eyeglasses $125, Bible Dictionary $2.50 and Broken radio $50 to total $185.50. (One Hundred Eighty Five Dollars and 50 cents). The alleged discipline action was taken by Officer Roberts, wrongfully, without basis. Incident Report issued without number was dismissed and EXPUNGED by DHO.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
Property missing from "packed out" property listed above.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $185.50 |  |  | $185.50 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Howard E. Haley* |  | 6/4/2016 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
Mid - Atlantic Region

Butner Legal Center
P.O. Box 1600
Butner, North Carolina 27509

October 6, 2016

Howard Haley
Reg. No. 12029-007
FCC Petersburg
P.O. Box 1000
Petersburg, VA 23804

Re: Administrative Tort Claim Number TRT-MXR-2016-04253

Dear Mr. Light:

Your administrative claim received on May 4, 2016, has been considered for settlement under 31 U.S.C. § 3723. You allege government liability in the loss of your personal property. You seek the sum certain of $185.50.

Section 3723 only provides compensation for loss of property resulting from the negligence of Bureau of Prisons employees acting within the scope of their employment. An investigation into this matter revealed that you were placed in the Special Housing Unit (SHU) on April 17, 2016. On April 18, 2016, you were given the opportunity to review an inventory of your property and you indicated on the property form that the inventory was accurate and that you received all of your property. It was also noted on the Administrative Detention Order that the securing staff member found your assigned locker unsecured at the time your property was packed. It is your responsibility to ensure your property is secured at all times. Thus, we found no evidence of negligence on the part of FCC Butner staff, and you did not provide any such evidence, to support your claim.

Therefore, in view of the above, your claim is denied. There is no judicial review for claims considered pursuant to 31 U.S.C. § 3723. However, you may request in writing, that the Bureau of Prisons reconsider your claim. Your request for reconsideration must be submitted within three months of the date of this letter. You should include additional evidence to support your request for reconsideration.

Sincerely,

Matthew W. Mellady
Regional Counsel



U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons
Mid - Atlantic Region

Butner Legal Center
P.O. Box 1600
Butner, North Carolina 27509

October 28, 2016

Howard Haley
Reg. No. 12029-007
FCC Petersburg
P.O. Box 1000
Petersburg, VA 23804

*Rec'd. 11-03-2016 PM.*
*A/C/H.*

Re: Administrative Tort Claim Reconsideration Received 10/21/2016
    Claim No. TRT-MXR-2016-04253

Dear Mr. Haley:

This will acknowledge receipt of your request for reconsideration of your administrative tort claim for alleged loss of personal property at FCC Petersburg.

The above-referenced claim has been accepted and will be reconsidered for administrative settlement under 31 U.S.C. § 3723. This statute provides for the settlement of claims which are small claims for private property damage or loss. We anticipate six months from the date of this letter, to review, consider, and adjudicate your claim.

If possible, for each item, please state its value, date and place of purchase. If the property was purchased in a Federal institution, submit the commissary receipt and property form. If the property was not purchased in a Federal institution, submit a copy of the receipt of purchase. If you do not have a receipt please state as such, and list the place purchased, for example: name of store, address, state, date and cost for each item alleged lost or damaged. Failure to respond within <u>30 days of</u> this letter will delay the investigation of your claim. *If you have already included these items do not re-submit.*

All correspondence regarding this claim should be addressed to: Butner Legal Center, P.O. Box 1600, Butner, North Carolina 27509. When corresponding with this office regarding this claim please refer to the above claim number. If you have any questions about the status of your claim or if the circumstances surrounding this claim change in any fashion, contact this office immediately. Also, **should your address change, please advise accordingly.**

Sincerely,

Matthew W. Mellady
Regional Counsel

Exhibit C



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
Mid - Atlantic Region

Butner Legal Center
P.O. Box 1600
Butner, North Carolina 27509

November 17, 2016

Howard Haley
Reg. No. 12029-007
FCC Petersburg
P.O. Box 1000
Petersburg, VA 23804-1000

Re: Administrative Tort Claim Number TRT-MXR-2016-04253 (Reconsideration)

Dear Mr. Haley:

Your administrative claim filed on October 21, 2016, under 31 U.S.C. § 3723, has been reconsidered for administrative settlement. You allege government liability in the amount $185.50.

We found no additional information warranting a change in our original determination. Section 3723 only provides compensation for loss of property resulting from the negligence of Bureau of Prisons employees acting within the scope of their employment. There is no evidence of negligence on the part of any Bureau of Prisons staff member. Therefore, this is the final denial of your claim.

Sincerely,

for
Matthew W. Mellady
Regional Counsel

| | SALES INVOICE —Personal Inmate Information — Petersburg - FCC MEDIUM | | | Exhibit D |
|---|---|---|---|---|

ACCOUNT No. 12029007    TF08519
HALEY, HOWARD E
04/12/16 Time 18:33:23    TX ID 7267697
                          Receipt# 80

**BEGINNING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $391.98

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | BATTERY AA | $4.20 |
| 2 | CANDY BAR OVERLOAD ICE CREAM | $4.20 |
| 1 | CHEDDAR & SOUR CREAM | $1.00 |
| 3 | CHERRY FRUIT PIES | $8.55 |
| 3 | CHOCOLATE CUPCAKES | $8.55 |
| 10 | CHOCOLATE PEANUT CLUSTERS | $15.00 |
| 2 | CREAMER ORIGINAL | $4.40 |
| 1 | FROSTED FLAKES | $2.60 |
| 3 | HAWAIIAN PUNCH POLAR BLAST | $3.90 |
| 1 | HAZELNUT COFFEE CREAMER | $3.40 |
| 2 | HONEY BBQ CHIPS UTZ | $2.00 |
| 8 | HONEY BUN GLAZED | $6.40 |
| 1 | MAXWELL HOUSE COFFEE | $3.25 |
| 2 | NACHO TORTILLA | $4.60 |
| 3 | NUTTY BARS | $5.10 |
| 1 | SOAP SAFEGUARD 4 PK | $3.45 |
| 1 | SODA PEPSI | $4.40 |
| 1 | SODA PEPSI MAX | $4.40 |
| 1 | TASTERS CHOICE | $8.45 |
| | # ITEMS SOLD: 48 | |
| | CHARGE   12029007 | $97.85 |

**ENDING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $294.13

Fingerprint Verified

Signature

SALES INVOICE --S.B.U.--
COLEMAN FCC
USP2
ACCOUNT No. 12029007          COA3036
HALEY, HOWARD E
02/13/2008 Time 19:39:38     TX ID 5280467
                              Receipt# 104

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $83.66

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | **DNO** ML BBQ CHIPS | $2.20 |
| 1 | **DNO** SIERRA MIST 4-6PK | $1.65 |
| 1 | **DNO**CREAMER | $1.35 |
| 1 | **DNO**JOLLY RANCHER - C | $0.70 |
| 1 | **DNO**PEPSI 6PK | $1.65 |
| 1 | **DNO**SUGAR TWIN | $1.65 |
| 1 | BUTTER PECAN | $2.10 |
| 2 | COFFEE, KEEFE | $4.90 |
| 1 | DUPLEX CREMES | $0.60 |
| 1 | RADIO SANGEAN DT120 | $50.05 ✓ |
| 1 | SOUP CALIF. VEG 4 | $0.55 |
| 1 | STARLIGHT MINTS- C | $0.60 |
| 1 | YOGURT TRAILMIX | $0.80 |
| | # ITEMS SOLD: 15 | |
| | CHARGE 12029007 | $68.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $14.86

Signature

## Controlled Items



| | | | |
|---|---|---|---|
| Inmate Reg #: | 12029007 | Current Institution: | Petersburg - FCC |
| Inmate Name: | HALEY, HOWARD | Housing Unit: | PEM-E-S |
| Report Date: | 11/08/2016 | Living Quarters: | E01-018L |
| Report Time: | 6:22:31 AM | | |

| Date | Purchased Location | Description | | Quantity |
|---|---|---|---|---|
| 5/10/2016 | PEX | ADIDAS THRASHER | | 1 |
| | | | Subtotal: | 1 |
| 8/6/2008 | COA | 12 CT ADD OPEN LOOK | | 1 |
| | | | Subtotal: | 1 |
| 4/8/2008 | COA | SZ 9.5 NEW BAL MX602 | | 1 |
| | | | Subtotal: | 1 |
| 2/13/2008 | COA | DT 120 SAN RADIO | | 1 |
| | | | Subtotal: | 1 |
| 8/6/2007 | COA | 20638 FOOT INSOLE | | 1 |
| | | | Subtotal: | 1 |
| 3/27/2007 | COA | 20638 FOOT INSOLE | | 1 |
| | | | Subtotal: | 1 |
| 4/18/2006 | COA | 51281 CL2 HEADPHONE | | 1 |
| | | CL20 CLR HDPHNE | | -1 |
| | | CL20 CLR HDPHNE | | 1 |
| | | | Subtotal: | 1 |
| 1/31/2006 | ATL | NIKE AIR FLIGHT MIDS | | 1 |
| | | | Subtotal: | 1 |
| 1/3/2006 | ATL | NEW BALANCE CM270BW | | 1 |
| | | | Subtotal: | 1 |
| 5/3/2005 | ATL | SONY SRFM39F RADIO | | 1 |
| | | | Subtotal: | 1 |
| | | | Grand Total: | 10 |

*Exhibit D*

## Bureau of Prisons
## Health Services
### Devices and Equipment

Start Date: 10/08/2008  Stop Date: 11/08/2016
Reg #: 12029-007  Inmate Name: HALEY, HOWARD E

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Shoe inserts | | | | | |
| 06/24/2015 09:05 EST Yirga, Andarge D. MLP | 06/24/2015 | | | BOP | Pair of Gel insole issued |
| Eye Glasses | | | | | |
| 04/06/2012 08:55 EST Oliver, Linda HIT | 04/06/2012 | | | BOP | |
| Eye Glasses | | | | | |
| 10/04/2011 09:26 EST Sexauer, Henry MLP | 06/18/2009 | | | Personal | |
| 06/18/2009 17:32 EST Camp, Ralph EMT-P | 06/18/2009 | | | Personal | |

Total: 3